United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES ALAN BARNES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00101 |
| | § | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have announced to the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. They have further announced their intention to request dismissal of this action. Therefore,

The parties are **ORDERED** to file with this Court, on or before **October 23, 2023**, appropriate dismissal documents disposing of this action. Should the parties fail to timely file such documents with this Court, they are **ORDERED** to appear before this Court on **October 25, 2023, at 9:00 a.m.** to explain why they have failed to comply with this Order. It is further

**ORDERED** that all current settings are canceled and all pending motions are denied without prejudice as mooted by the settlement announced in this cause. The Clerk is **ORDERED** to terminate all settings and motions.

**ORDERED** on July 28, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE