IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES ALAN BARNES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 2:23-cv-00101 |
| | § | |
| RELIANCE STANDARD LIFE | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, JAMES ALAN BARNES, files this his Unopposed Motion to Dismiss all claims against Reliance Standard Life Insurance Company, and requests this Court to enter the attached Order of Dismissal of Claims with prejudice. All matters and disputes between the parties have been resolved.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff JAMES ALAN BARNES against Defendant Reliance Standard Life Insurance Company, and that attorneys' fees and costs of court be taxed against the party incurring same.

Respectfully submitted,

**LAW OFFICE OF JEFFREY E. DAHL**
The Commerce Building
314 E. Commerce, Suite 300
San Antonio, Texas 78205
(210) 527-0900 Telephone
(210) 527-0901 Facsimile
jdahl@erisaattorneyintexas.com


By:
*/s/ Jeffrey E. Dahl*
Jeffrey E. Dahl
State Bar No. 05310900
Fed. ID No. 31492

**ATTORNEY-IN CHARGE FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all attorneys of record in accordance with the Federal Rules, on this 29th day of August, 2023, via hand delivery, and/or regular mail, and/or certified mail, return receipted requested, and/or facsimile.

Linda P. Wills
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
909 Fannin Street, Suite 3300
Houston, TX 77010

*/s/ Jeffrey E. Dahl*